In the Matter of the Petition of GOLDWYN DISTRIBUTING CORPORATION, Petitioner, for an Order of Certiorari to Review a Final Determination of GEORGE H. COBB and Others, as and Constituting the MOTION PICTURE COMMISSION OF THE STATE OF NEW YORK, Respondents.

*Moving pictures — action of Motion Picture Commission in refusing license on ground that picture would tend to corrupt morals and incite to crime approved.*

CERTIORARI order dated October 21, 1921, to review a final determination of the Motion Picture Commission of the State of New York.

PER CURIAM: The picture in question having been exhibited to the

court as part of the return to the certiorari order, we have reached the conclusion that the determination of the Commission refusing a license for release of the picture should be confirmed, with fifty dollars costs and disbursements to the respondents, upon the ground that, in the words of the statute,* it is of such a character that its exhibition would tend to corrupt morals and incite to crime.    Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.    Determination confirmed, with fifty dollars costs and disbursements.